■ In the Matter of SAMUEL B. DATTILO, an Attorney, Resignor. [797 NYS2d 348]—Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.

■ In the Matter of GEORGE K. MCCARTHY, an Attorney, Respondent. [797 NYS2d 348]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.

■ In the Matter of THOMAS C. KINGSLEY, for Reinstatement to the Practice of Law. [797 NYS2d 347]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of PETER J. OSREDKAR, an Attorney, Respondent. Grievance Committee of the Seventh Judicial District, Petitioner. [797 NYS2d 347]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.

■ In the Matter of MACKSON P. MCDOWALL, for Reinstatement to the Practice of Law. [797 NYS2d 348]—Order entered denying application for reinstatement. Present—Hurlbutt, J.P., Kehoe, Martoche and Lawton, JJ.